## Alvin F. Eitelgeorge for use of James W. Julian, Appellee, v. General Finance Corporation, Appellant.

Gen. No. 41,510.

200

Heard in second division, first district, this court at October term, 1940; opinion filed March 24, 1942. William V. Brooks and Maurice H. Daniels, for appellant; Alexander J. Ross, of counsel; Emmet F. Byrne, for appellee; William L. Kelley, of counsel. Opinion by JUSTICE SULLIVAN. "Not to be published in full."